IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT NASHVILLE
Assigned on Briefs December 15, 2004

## STATE OF TENNESSEE v. ROXA H. PERKINS

### Circuit Court for Coffee County
### No. 30,437

### No. M2002-02993-CCA-R3-CD - Filed August 10, 2005

JOHN EVERETT WILLIAMS, J., concurring in results.

I concur in the result reached by the majority in this case, i.e., that the search of the defendant's car was permissible. However, I dissent to the extent that the majority opinion implies that probable cause existed upon the arrival of the described vehicle. I would not find probable cause had the driver, in a similar vehicle, been an individual not associated with Bobby Perkins, the target of this operation.

Otherwise, I concur in the judgment of the Court.

JOHN EVERETT WILLIAMS, JUDGE